AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                   Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

|  |  |
|---|---|
| United States of America<br>v.<br><br>_____<br>*Defendant* | )<br>)<br>)      Case No.<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
   *Place*

   _____

   on _____
   *Date and Time*

   If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

(6) The defendant will be placed on electronic monitoring.

(7) The defendant must submit to drug testing as ordered by the pretrial services office.

(8) The defendant must not access the internet except as authorized by the pretrial services office.

(9) The defendant must have a Third-Party Custodian, authorized by the pretrial services office.